Certificate Number: 05781-WAW-DE-041644859

Bankruptcy Case Number: 26-12387

05781-WAW-DE-041644859

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2026, at 2:32 o'clock PM PST, Durwood Moore Jr completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: November 5, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President